**No. 62260.**—Francis H. Leggett & Company *v.* United States, protest 317257–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62261.**—Air Express International Corp. *v.* United States, protest 317264–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62262.**—J. M. Rodgers Co., Inc. *v.* United States, protest 317384–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62263.**—Daniel F. Young, Inc. *v.* United States, protest 317766–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62264.**—Globe Shipping Co., Inc. *v.* United States, protest 318561–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62265.**—Beattie Manufacturing Co. and American Express Company *v.* United States, protest 319142–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62266.**—Barnett International Forwarders, Inc. *v.* United States, protest 319173–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62267.**—Hudson Shipping Co., Inc. *v.* United States, protest 319286–K (B) (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.